UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NICOLE L. BEECHER,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

3:09-cv-1066 (DNH-DEP)

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of five thousand four hundred fifty two dollars and eighty seven cents ($5,452.87) in fees, in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA,

AND, the Court having reviewed the record in this matter;

IT IS on this ____ day of _____, 2010;

ORDERED that plaintiff be awarded fees under EAJA in the amount of $5,452.87 and that payment of said fee award be made directly to plaintiff's counsel, Peter A. Gorton, Esq., pursuant to an assignment of EAJA fees signed by plaintiff and dated September 17, 2009, and it is further;

ORDERED that the within matter is dismissed with prejudice.

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: May 28, 2010
Syracuse, NY

The undersigned hereby consent to the form and entry of the within order.

Dated: May 24, 2010

                        Richard S. Hartunian
                        United States Attorney
                        Northern District of New York
                        Attorney for Defendant

By:   s/Benil Abraham
       Benil Abraham
       Special Assistant U.S. Attorney
       Bar No. 515940

Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004

Dated: May 27, 2010

By: *[signature]*
    Peter A. Gorton, Esq.
    Bar No. 104832

1500 E. Main Street
P.O. Box 89
Endicott, NY 13761