# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEYS FEES

_____

**NICOLE L. BEECHER**

    vs.                            **CASE NUMBER: 3:09-CV-1066 (DNH/DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is REVERSED and this action is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that Plaintiff's attorney be allowed a fee award under the Equal Access to Justice Act in the amount of five thousand four hundred and fifty-wo dollars and eighty-seven cents ($5,452.87). The fee is to be paid directly to Attorney Peter A. Gorton.

All of the above pursuant to the Orders of the Honorable United States Magistrate Judge David E. Peebles, dated the 26th day of April, 2010 and the 28th day of May 2010.

DATED: May 28, 2010

*Lawrence K. Baerman*
Clerk of Court

s/ Melissa Ennis
_____
Melissa Ennis, Deputy Clerk